■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. ISIDORE DOLLINGER et al., Respondents.— Application pursuant to article 78 of the CPLR in the nature of a writ of prohibition unanimously denied and the petition dis-

missed, without costs and without disbursements. No opinion. Concur—
Stevens, P. J., McGivern, Nunez, Kupferman and Murphy, JJ.